UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

MASTER FILE

1:06-MD-1789 (JFK)

*This Document Relates To All Actions*

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

    Applicant's Name: Dana Petersen Moore

    Firm Name: Venable, LLP

    Address: 750 E. Pratt Street, Suite 900

    City/State/Zip: Baltimore, Maryland 21202

    Telephone/Fax: (410) 244-7799 / (410) 244-7742

    Email Address: dpmoore2@venable.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York.

Dated: ~~August~~ September 2, 2008

New York, New York

                                                   /s/ John F. Keenan
                                                 United States District Judge

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9-2-08]

60381525_1.DOC

# Certificate of Good Standing



UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY** that **DANA PETERSEN MOORE, ESQ., BAR NUMBER 03632**, was duly admitted to practice in the United States District Court for the District of Maryland on DECEMBER 9, 1983, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

Date: August 19, 2008

FELICIA C. CANNON
Clerk

*Catherine M. N. Scaffidi*
Catherine Scaffidi - Deputy Clerk